UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KENNETH JAMES KENDRICK,**

   **Plaintiff,**

v.                                         Case No. 5:25-cv-279-TKW-MJF

**WARDEN MICHAEL PABIS, et al.,**

   **Defendants.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice under the "three-strikes statute," 28 U.S.C. §1915(g). Accordingly, it is

**ORDERED** that:

1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.   This case is DISMISSED without prejudice under 28 U.S.C. §1915(g).

3.   The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 15th day of December, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**